**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Cr. No. 07-47-SLR |
| | : | |
| WILFREDO PINKSTON, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

FILED

APR 1 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

At Wilmington, this **19**th day of **April, 2007.**

A detention hearing occurred on April 9, 2007 which resulted in an order of detention pending trial. During that hearing, defense counsel suggested that defendant may be rehired by his recent former employer, General Motors. for whom he had worked approximately nine months until September 2006 when he was laid off. In light of this possibility, the court advised that it would review its detention order if there was sufficient evidence that defendant would be employed in the near future.

On April 16, 2008, defendant filed a motion for reconsideration of detention on the basis that a job opportunity exists with his former employer. The government opposes this motion. Therefore,

IT IS ORDERED that a hearing on the motion for reconsideration with defendant present is scheduled for Friday, April 20, 2007 at 12:30 p.m.

IT IS FURTHER ORDERED that the Marshal's Office shall assure defendant's appearance at the Magistrate Judge's courtroom at the date and time

noted above.

_____
UNITED STATES MAGISTRATE JUDGE