TO: The Honorable Mary Pat Thynge.

From: Wilfredo Merano Pinkston

RE: Detention Status.

I'm simply writing to thank you for your great consideration. Although, the hearing did not go the way that I would have liked however, it went the way God would have wanted it. I really appreciate the fact that you took time to talk to Ms. Graham at General Motors on my behalf and the Courts. It really made me feel good sitting in Court on March 21, 2007 and hearing what you were saying pertaining to my detention, and knowing that you did all that was fair for me to go home to my family and work. So again, I thank you very much and God bless you!

Sincerely,

Wilfredo Merano Pinkston

FILED
APR 26 2007

Wilfredo Merano Pinkston
Salem Correctional Facility
125 Cemetery Rd.
Woodstown, NJ 08098

MAIL
SALEM COUNTY
CORRECTIONAL FACILITY

SOUTH JERSEY NJ 080
Salem County Correctional Facility
24th APR 2007 PM 3
The Address Is not inmate
Salem County Is Not Responsible
For Debts Incurred By This Inmate

The Honorable Mary Pat Thynge
First Federal Plaza
704 King Street, Judges Chambers
Wilmington, DE 19801
United States Court

19801+35535


