## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- 47 |
| WILFREDO PINKSTON, | : REDACTED |
| Defendant. | : |

### SUPERSEDING INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about March 30, 2007, in the State and District of Delaware, WILFREDO PINKSTON, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Colt .45 caliber handgun which contained seven rounds of ammunition, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Notice of Forfeiture

Upon conviction of the offense alleged in Count I of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. Section 924 and 28 U.S.C. Section 2461(c), the firearm and ammunition involved in the commission of the offense, including but not limited to the following:



FILED
MAY - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. A Colt .45 caliber handgun

2. Seven rounds of ammunition.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: /s/ Martin C. Meltzer    Date: May 1, 2007
Martin C. Meltzer
Special Assistant United States Attorney