IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-47-SLR |
| WILFREDO PINKSTON, | : |
| Defendant. | : |

### NOTICE PURSUANT TO LOCAL RULE 6(e)

The Superseding Indictment is without prejudice to Defendant Wilfredo Pinkston's right to a speedy trial.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Martin C. Meltzer
Martin C. Meltzer
Special Assistant United States Attorney

Date: May 3, 2007