19

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | Cr.A. No. 07-47-SLR |
| ) | |
| WILFREDO M. PINKSTON, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF SUBSTITUTION OF COUNSEL

STIPULATED by and between counsel of record for the defendant above, Eleni Kousoulis, Esquire and Joe Hurley, Esquire that Eleni Kousoulis hereby withdraws as counsel in this matter.

FURTHER STIPULATED that Joe Hurley hereby enters his appearance on behalf of the defendant above.

SO STIPULATED:

*Eleni Kousoulis*
Eleni Kousoulis
Federal Public Defender
Suite 110
704 King Street
Wilmington, DE 19801

*Joe Hurley*
Joe Hurley
1215 King Street
Wilmington, DE 19801

FILED
JUL 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SO ORDERED this \_\_\_31st\_\_\_ day
of \_\_\_July_____, 2007.

\_\_\_\_\_*/s/ Sue L. Robinson*\_\_\_\_\_
J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| V. ) | Cr.A.No. 07-47-SLR |
| ) | |
| WILFREDO M. PINKSTON, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

I hereby certify that two copies of the Stipulation of Substitution of Counsel were hand delivered to the following person on July 23, 2007:

> Martin C. Meltzer, Esquire
> U.S. Attorney's Office
> Suite 700
> 1007 North Orange Street
> Wilmington, DE 19801

> _____
> Joe Hurley
> 1215 King Street
> Wilmington, DE 19801
> 658-8980

Dated: July 23, 2007