IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-047-SLR |
| ) | |
| WILFREDO PINKSTON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 31st day of July, 2007,

IT IS ORDERED that a telephonic status conference is scheduled for **Thursday, August 9, 2007 at 8:30 a.m.**, with the court initiating said call.

_____
United States District Judge