IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal Action No. 07-47 SLR |
| WILFREDO PINKSTON, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this ___14th___ day of __September__, 2007, it is HEREBY ORDERED that the government's Motion for Saliva Samples for DNA Testing is GRANTED. The defendant is directed to provide forthwith saliva samples through the use of two buccal swabs applied by A.T.F. Special Agent Tat Shum, or his designee.

_____
Honorable Sue L. Robinson
United States District Judge