IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-047-SLR |
| ) | |
| WILFREDO PINKSTON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 14th day of September, 2007,

IT IS ORDERED that a telephonic status conference is scheduled for **Friday, September 21, 2007** at **8:15 a.m.**, with the court initiating said call.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge