IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-047-SLR |
| ) | |
| WILFREDO PINKSTON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this 19th day of October, 2007, having conferred with counsel and considered defendant's unopposed request for waiver of the Speedy Trial Act to allow additional time to prepare for trial;

IT IS ORDERED that:

1. A jury trial is scheduled to commence on **Monday, January 14, 2008** at **9:30 a.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A pretrial conference is scheduled for **Monday, January 7, 2008** at **5:00 p.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. Motions in limine, Proposed jury instructions and voir dire shall be filed on or before **January 4, 2008**. Responses to any motions in limine will be discussed at the pretrial conference.

4. The time between this order and the commencement of trial shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge