IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 07-47-SLR |
| WILFREDO PINKSTON | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES, the United States of America, by and through the undersigned attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer, Special Assistant United States Attorney for the District of Delaware, hereby moves to dismiss, without prejudice, the Superseding Indictment returned against the Defendant, in the above case by the Grand Jury for the District of Delaware on May 1, 2007, as well as to dismiss the Indictment returned against the Defendant by the Grand Jury for the District of Delaware on April 4, 2007.

Joseph A. Hurley, Esquire, attorney for the Defendant, was contacted on October 31, 2007 and does not oppose the dismissal without prejudice.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Martin C. Meltzer
Martin C. Meltzer
Special Assistant United States Attorney

Dated: October 31, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 07-47 SLR |
| | ) | |
| WILFREDO PINKSTON | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the governments Motion to Dismiss Without Prejudice, it is hereby ORDERED that Government's motion is GRANTED.

By the Court:

_____
Honorable Sue L. Robinson
United States District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07-47-SLR |
| | ) |
| WILFREDO PINKSTON, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Sherry Kaminski, an employee with the United States Attorney's Office, hereby certify that on the 31st day of October 2007, I caused to be electronically filed:

**Motion to Dismiss Without Prejudice**

with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify a copy of the foregoing notice were sent via U.S. mail, postage prepaid, to the attorney of record as follows:

Joseph Hurley, Esq.
1215 King Street
Wilmington, DE 19801

_____
Sherry Kaminski