IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Criminal Action No. 07-47 SLR |
| WILFREDO PINKSTON | ) ) ) |
| Defendant. | ) |

**ORDER**

AND NOW, this \_\_\_1st\_\_\_ day of \_\_\_November\_\_\_, 2007, upon consideration of the governments Motion to Dismiss Without Prejudice, it is hereby ORDERED that Government's motion is GRANTED.

By the Court:

_____
Honorable Sue L. Robinson
United States District Court